**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In re: | § | Case No. 14-36867 |
|---|---|---|
| | § | |
| WRIGHTWOOD AUTO PARTS, CO. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $7,786.10 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $5,713.90 | | |

3) Total gross receipts of $13,500.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $13,500.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,713.90 | $5,713.90 | $5,713.90 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $370,443.54 | $113,492.10 | $113,492.10 | $7,786.10 |
| **Total Disbursements** | $370,443.54 | $119,206.00 | $119,206.00 | $13,500.00 |

4). This case was originally filed under chapter 7 on 10/10/2014. The case was pending for 51 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2019     By: /s/ David P. Leibowitz
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Settlement of estate's claim against Debtor's President, Neil Freeman, for breach of fiduciary duty (docket #50) | 1249-000 | $13,500.00 |
| **TOTAL GROSS RECEIPTS** | | $13,500.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,100.00 | $2,100.00 | $2,100.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $13.61 | $13.61 | $13.61 |
| Green Bank | 2600-000 | NA | $15.46 | $15.46 | $15.46 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,200.00 | $2,200.00 | $2,200.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $34.83 | $34.83 | $34.83 |
| Jeffrey H. Flicker, Special Counsel for Trustee | 3210-600 | NA | $1,350.00 | $1,350.00 | $1,350.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,713.90 | $5,713.90 | $5,713.90 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | All Products | 7100-000 | $0.00 | $113,492.10 | $113,492.10 | $7,786.1 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Automotive, Inc. | | | | | 0 |
| | A-Foreign & Domestic | 7100-000 | $2,924.27 | $0.00 | $0.00 | $0.00 |
| | ADT Alarm Co. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | All Parts Automotive | 7100-000 | $109,836.48 | $0.00 | $0.00 | $0.00 |
| | Auto Wares Illinois | 7100-000 | $14,000.00 | $0.00 | $0.00 | $0.00 |
| | City Wide Engines | 7100-000 | $1,505.00 | $0.00 | $0.00 | $0.00 |
| | First Data Merchant Services | 7100-000 | $656.01 | $0.00 | $0.00 | $0.00 |
| | First Data Merchant Services | 7100-000 | $656.01 | $0.00 | $0.00 | $0.00 |
| | Frost Ruttenbuerg & Rothblatt, P.C. | 7100-000 | $1,018.00 | $0.00 | $0.00 | $0.00 |
| | Interstate Batteries | 7100-000 | $5,157.39 | $0.00 | $0.00 | $0.00 |
| | Jack Phelan Dodge | 7100-000 | $25.64 | $0.00 | $0.00 | $0.00 |
| | McGrath Acura | 7100-000 | $19.72 | $0.00 | $0.00 | $0.00 |
| | Midwest Remanufactoring, LLC | 7100-000 | $845.66 | $0.00 | $0.00 | $0.00 |
| | MotiveParts Company | 7100-000 | $7,002.98 | $0.00 | $0.00 | $0.00 |
| | Neil Freeman | 7100-000 | $159,300.00 | $0.00 | $0.00 | $0.00 |
| | Northside Imports, Inc. | 7100-000 | $58.50 | $0.00 | $0.00 | $0.00 |
| | Phoenix Brake Co. | 7100-000 | $812.32 | $0.00 | $0.00 | $0.00 |
| | Precision Rack & Pinion | 7100-000 | $3,963.68 | $0.00 | $0.00 | $0.00 |
| | Sille Automotive, LLC | 7100-000 | $1,279.35 | $0.00 | $0.00 | $0.00 |
| | Sluiter Auto Electric, Inc. | 7100-000 | $16,559.91 | $0.00 | $0.00 | $0.00 |
| | Stone Wheel, Inc. | 7100-000 | $41,968.38 | $0.00 | $0.00 | $0.00 |
| | TGS National Wholesalers | 7100-000 | $1,501.06 | $0.00 | $0.00 | $0.00 |
| | Tyco Intergrated Security | 7100-000 | $565.82 | $0.00 | $0.00 | $0.00 |
| | United Carburetor | 7100-000 | $506.78 | $0.00 | $0.00 | $0.00 |
| | Westmont Autoparts Co. | 7100-000 | $280.58 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $370,443.54 | $113,492.10 | $113,492.10 | $7,786.10 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

Page No: 1     Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-36867-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WRIGHTWOOD AUTO PARTS, CO. | Date Filed (f) or Converted (c): | 10/10/2014 (f) |
| For the Period Ending: | 1/12/2019 | §341(a) Meeting Date: | 11/25/2014 |
| | | Claims Bar Date: | 11/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   VOID | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Asset entered in error - item was automatically inserted by software program because schedule A listed value of $-0- (though schedule further stated Debtor owns no real property). | | | | | |
| 2   Settlement of estate's claim against Debtor's President, Neil Freeman, for breach of fiduciary duty  (docket #50)   (u) | $0.00 | $13,500.00 | | $13,500.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**

$0.00           $13,500.00                    $13,500.00                    $0.00

**Initial Projected Date Of Final Report (TFR):**   12/15/2015      **Current Projected Date Of Final Report (TFR):**   12/31/2018      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2 Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-36867-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | WRIGHTWOOD AUTO PARTS, CO. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6858 | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/10/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/10/2018 | (2) | WRIGHTWOOD AUTO PARTS, CO. | Settlement of Estate's Claims against Debtor's President, Neil Freeman (docket #50) (Correct payor is "Neil Freeman") | 1249-000 | $13,500.00 | | $13,500.00 |
| 07/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $15.46 | $13,484.54 |
| 11/28/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $13.61 | $13,470.93 |
| 11/28/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,100.00 | $11,370.93 |
| 11/28/2018 | 3003 | Jeffrey H. Flicker | Claim #: ; Amount Claimed: $1,350.00; Distribution Dividend: 100.00%; | 3210-600 | | $1,350.00 | $10,020.93 |
| 11/28/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $2,200.00; Distribution Dividend: 100.00%; | 3110-000 | | $2,200.00 | $7,820.93 |
| 11/28/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $34.83; Distribution Dividend: 100.00%; | 3120-000 | | $34.83 | $7,786.10 |
| 11/28/2018 | 3006 | All Products Automotive, Inc. | Claim #: 1; Amount Claimed: $113,492.10; Distribution Dividend: 6.86%; | 7100-000 | | $7,786.10 | $0.00 |
| | | | **TOTALS:** | | $13,500.00 | $13,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $13,500.00 | $13,500.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $13,500.00 | $13,500.00 | |

| For the period of 10/10/2014 to 1/12/2019 | | For the entire history of the account between 07/10/2018 to 1/12/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,500.00 | Total Compensable Receipts: | $13,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,500.00 | Total Comp/Non Comp Receipts: | $13,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $13,500.00 | Total Compensable Disbursements: | $13,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,500.00 | Total Comp/Non Comp Disbursements: | $13,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-36867-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | WRIGHTWOOD AUTO PARTS, CO. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6858 | | Checking Acct #: | ******6701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/10/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $13,500.00 | $13,500.00 | $0.00 |

**For the period of 10/10/2014 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $13,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2014 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $13,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ
_____
DAVID LEIBOWITZ